# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

VICTORIA WILCOX,

        Plaintiff,

v.                                                            Case No:   6:24-cv-1120-JSS-LHP

LOWES HOME CENTERS
INCORPORATED,

        Defendant

---

## ORDER

Before the Court is Defendant's Motion to Compel Plaintiff to Amend Her Responses to Plaintiff's Requests for Production and Produce a Corrected Document Production. Doc. No. 43. On review, the motion is **DENIED WITHOUT PREJUDICE** for failure to comply with the Standing Order on Discovery Motions. *See* Doc. No. 23 ¶ 3 ("The Movant must attach any discovery requests and discovery responses."). While the motion appears to attach Plaintiff's responses, the discovery requests are not attached. *See also* Local Rule 3.01(h).

In addition, the motion states that on October 24, 2025, while Defendant's first motion to compel was pending (Doc. No. 41), Plaintiff produced some of the discovery at issue. Doc. No. 43, at 1-2. However, Defendant did not notify the

Court of this development, as required by the Standing Order. *See* Doc. No. 23 ¶ 8 ("The litigants must continue to confer concerning the dispute and must promptly notify the Court if they resolve the Motion in whole or in part."). The parties are reminded of their duty to review and comply with all applicable Court Orders.

A final note. It appears that the present dispute could easily be resolved with a substantive, good faith conferral, as the dispute in essence is requesting clarification of Plaintiff's discovery production. As such, prior to filing any renewed motion, the Court **ORDERS** the parties to conduct an additional meet and confer in an attempt to resolve this dispute. And any renewed motion shall contain a recitation of the conferral efforts in the Local Rule 3.01(g) certification section (which will not be counted as part of the 500-word limit).

**DONE** and **ORDERED** in Orlando, Florida on December 1, 2025.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record